IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **AMANDA STEINER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Case No. 13-2475-RDR** |
| ) | |
| **PARK HETZEL III and GENE HETZEL** ) | |
| **TRUST,** ) | |
| ) | |
| Defendant. ) | |

### **O R D E R**

Plaintiff has filed a voluntary dismissal with prejudice of all claims in this case.  In light of that filing, the court shall dismiss this case with prejudice, with each party to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated this 6th day of November, 2013, at Topeka, Kansas.

*s/Richard D. Rogers*
United States District Judge